UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: PAUL WASHINGTON | CASE NO. 17-10523 |
| DETRICE WASHINGTON | SECTION B |
| DEBTORS | CHAPTER 13 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court having considered the merits of the Motion to Approve Loan Modification Agreement **(P-92)** filed by Caliber Home Loans, Inc. ("Mover"), the allegations therein and the attachments thereto, no objections having been filed **prior to the hearing scheduled for December 19, 2018**, and there being good cause to grant the Motion;

**IT IS ORDERED** that said Motion is **GRANTED** and Debtors herein have authority to enter into a loan modification agreement with Mover. There is no outstanding pre-petition arrearage. The following terms of which will apply upon this Court Order:

a. Current Unpaid Principal Balance: $12,920.03

b. New Unpaid Principal Balance: $13,401.18

c. Capitalized Amounts: $481.15

d. Current Maturity Date: April 5, 2058

e. New Maturity Date: November 5, 2058

f. Current Interest Rate: 5.000%

g. Modified Interest Rate: 1.000%

h. Current Monthly Payment: $62.63

i. Modified Monthly Payment: $11.17 (interest only payment).

**IT IS FURTHER ORDERED** that once said modification is complete, Debtor will file a modified Schedule J and Mover an amended Claim reflecting same.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, December 18, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge